**Cristiane Maria ARAUJO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–72423.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 26, 2010.

Socheat Chea, Esquire, Socheat Chea, P.C., Karen Hamilton, Esquire, Duluth, GA, for Petitioner.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Stephen J. Flynn, Assistant Director, Jeffrey Ronald Meyer, Esquire, OIL, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Cristiane Maria Araujo, a native and citizen of Brazil, petitions for review of the Board of Immigration Appeal's order dismissing her appeal from an immigration judge's decision denying her motion to reopen removal proceedings conducted in absentia. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Perez v. Mukasey,* 516 F.3d 770, 773 (9th Cir.2008). We deny the petition for review.

The agency did not abuse its discretion in denying Araujo's motion to reopen because written notice of the hearing was mailed to the most recent address provided by Araujo, she admitted to receiving the notice, *see* 8 U.S.C. §§ 1229(c), 1229a(b)(5)(A), and she failed to establish that her failure to appear was because of "exceptional circumstances," *see* 8 U.S.C. § 1229a(e)(1).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.